IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| JAMES CLARK | : | NO. 08-508 |

**MEMORANDUM**

**ROBERT F. KELLY, Sr. J.**                                                                 **OCTOBER 2, 2009**

      Presently before the Court are three pro se motions of James Clark. The first, "Motion to Vacate Guilty Verdict Pursuant To Fed R. Crime P. 39 & 33 and Requests A New Trial", (Doc. No. 39); the second, "Motion to Set aside Conviction for use of Perjured Testimony and Motion to Vacate", (Doc. No. 40); and third, "Motion to Exclude Material in PSR Sentencing Memorandum and Objections", (Doc. No. 41).

      A Defendant who is represented by counsel has no Sixth Amendment right to file papers pro se or to participate as co-counsel. <u>United States v. Wolfish</u>, 525 F.2d 457 (1975); <u>U.S. v. Cyphers</u>, 556 F.2d 630 (1977) and <u>Hall v. Dorsey</u>, 534 F. Supp. 503 (1982).

      For these reasons we decline to consider Clark's pro se motions and they will be dismissed.

      An appropriate Order follows.