IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | |
| JAMES CLARK | : | NO. 08-508 |

**O R D E R**

  **AND NOW**, this 2nd day of October, 2009, Defendant's pro se motions, "Motion To Vacate Guilty Verdict Pursuant to Fed R. Crime P 29 & 33 and Requests A New Trial", (Doc. No. 39); "Motion to Set aside Conviction for use of Perjured Testimony and Motion to Vacate", (Doc. No. 40); and "Motion to Exclude Material in PSR Sentencing Memorandum and Objections", (Doc. No. 41); are hereby **DENIED**.

                BY THE COURT:


                /s/ Robert F. Kelly
                ROBERT F. KELLY
                SENIOR JUDGE