IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 08-508-01 |
| v. : | CIVIL NO. 12-5856 |
| JAMES EDWARD CLARK : | |

# O R D E R

**AND NOW**, this 24th day of February, 2015, upon consideration of Defendant, James Edward Clark's ("Clark"), Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion") (Doc. Nos. 82, 100), the Government's Response, and the Government's Supplemental Response, it is hereby **ORDERED** that the Motion is **DENIED**.  It is further **ORDERED** that Clark's Motion to Amend the § 2255 Motion (Doc. No. 99.) is **GRANTED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE