ALD-232					July 29, 2021

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **21-2198**

In re: JAMES EDWARD CLARK, Petitioner

Present:	MCKEE, GREENAWAY, JR. and BIBAS, <u>Circuit</u> <u>Judges</u>

Submitted is Petitioner's application under 28 U.S.C. § 2244 & § 2255 to file a second or successive motion under 28 U.S.C. § 2255

in the above-captioned case.

			Respectfully,

			Clerk

_____ORDER_____

Petitioner's application under 28 U.S.C. §§ 2244 and 2255(h) is denied because he has not made a prima facie showing that his claims are based on qualifying new facts or new law under 28 U.S.C. § 2255(h). Specifically, petitioner cannot show that <u>United States v. Nasir</u>, 982 F.3d 144, 160 (3d Cir. 2020) (en banc), announced "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court." 28 U.S.C. § 2255(h)(2).

			By the Court,

			s/Joseph A. Greenaway, Jr.
			Circuit Judge

Dated: August 27, 2021
JK/cc: James Edward Clark
       United States Attorney Eastern District of Pennsylvania

A True Copy:

Patricia S. Dodszuweit, Clerk